**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ISIDORIO PADILLA,**

       **Plaintiff,**

**v.**                                                   **Cause No: 20-CV-00089 PJK/LF**

**CODY MARTINEZ, DERRICK VALDEZ
GABRIEL WADT, THE CITY OF ESPANOLA,
And DOES 1-50,**

       **Defendants,**

## ENTRY OF APPEARANCE

COMES NOW Brennan & Sullivan, P.A. (Christina L. G. Brennan) and hereby enters her appearance on behalf of Defendants, Derrick Valdez, Gabriel Wadt, and the City of Espanola in the above-captioned matter.

                                      Respectfully submitted,

                                      BRENNAN & SULLIVAN, P.A.

                      By:    */s/ Christina L. G. Brennan*
                                Christina L. G. Brennan
                                James P. Sullivan
                                128 East DeVargas
                                Santa Fe, New Mexico 87501
                                (505) 995-8514
                                jamie@brennsull.com
                                christina@brennsull.com
                                *Attorneys for Defendants Derrick Valdez,*
                                *Gabriel Wadt, and the City of Espanola*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Todd J. Bullion
Law Office of Todd J. Bullion
314 S. Guadalupe Street, Ste. D North
Santa Fe, NM  87501
505-452-7674
toddjbullion@gmail.com
*Attorneys for Plaintiff*

By:    */s/ Christina L. G. Brennan*
       Christina L. G. Brennan