**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ISIDORIO PADILLA,**

       **Plaintiff,**

**v.**                                          **Cause No: 20-CV-00089 PJK/LF**

**CODY MARTINEZ, DERRICK VALDEZ**
**GABRIEL WADT, THE CITY OF ESPANOLA,**
**And DOES 1-50,**

       **Defendants,**

## ENTRY OF APPEARANCE

COMES NOW Brennan & Sullivan, P.A. (James P. Sullivan) and hereby also enters his appearance on behalf of Defendants, Derrick Valdez, Gabriel Wadt, and the City of Espanola in the above-captioned matter.

                                        Respectfully submitted,

                                        BRENNAN & SULLIVAN, P.A.

By:    */s/ James P. Sullivan*
          James P. Sullivan
          Christina L. G. Brennan
          128 East DeVargas
          Santa Fe, New Mexico 87501
          (505) 995-8514
          jamie@brennsull.com
          christina@brennsull.com
          *Attorneys for Defendants Derrick Valdez,*
          *Gabriel Wadt, and the City of Espanola*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Todd J. Bullion
Law Office of Todd J. Bullion
314 S. Guadalupe Street, Ste. D North
Santa Fe, NM  87501
505-452-7674
toddjbullion@gmail.com
*Attorneys for Plaintiff*

                                    By:     */s/ James P. Sullivan*
                                                   James P. Sullivan