**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ISIDORIO PADILLA,**

      **Plaintiff,**

v.                                                          **Cause No: 20-CV-00089 PJK/LF**

**CODY MARTINEZ, DERRICK VALDEZ**
**GABRIEL WADT, THE CITY OF ESPANOLA,**
**And DOES 1-50,**

      **Defendants,**

## NOTICE OF AGREED EXTENSION TO ANSWER COMPLAINT

COME NOW Defendants Derrick Valdez, Gabriel Wadt, and the City of Espanola, by and through their undersigned counsel Brennan & Sullivan, P.A. (Christina L. G. Brennan and James P. Sullivan), and pursuant to D. N.M. D.N.M.LR-Civ.7.4(a), notify the court that the parties have agreed to extend time in which to file an Answer. Any served Defendants shall have until Friday, March 6, 2020 to file a responsive pleading to Plaintiff's Civil Complaint. Doc. [1]

                        Respectfully submitted,

                        BRENNAN & SULLIVAN, P.A.

By:   */s/ Christina L. G. Brennan*
        Christina L. G. Brennan
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        jamie@brennsull.com
        christina@brennsull.com
        *Attorneys for Defendants Derrick Valdez,*
        *Gabriel Wadt, and the City of Espanola*

APPROVED:

By:   *Approved via email 02/26/20*
      Todd J. Bullion
      Law Office of Todd J. Bullion
      314 S. Guadalupe Street, Ste. D North
      Santa Fe, NM  87501
      505-452-7674
      toddjbullion@gmail.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Todd J. Bullion
Law Office of Todd J. Bullion
314 S. Guadalupe Street, Ste. D North
Santa Fe, NM  87501
505-452-7674
toddjbullion@gmail.com
*Attorneys for Plaintiff*

By:   */s/ Christina L. G. Brennan*
      Christina L. G. Brennan