Case 1:20-cv-00089-PJK-LF   Document 55   Filed 11/09/20   Page 1 of 1

20cv 89 PJK/LF
Doc. 54

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**OFFICE OF THE CLERK**
**SUITE 270**
**333 LOMAS BLVD. N.W.**
**ALBUQUERQUE, NEW MEXICO 87102**

OFFICIAL BUSINESS

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 09 2020

MITCHELL R. ELFERS
CLERK

UNITED STATES POSTAGE
PITNEY BOWES
02 1P            $ 000.50⁰
0000908904      NOV 02 2020
MAILED FROM ZIP CODE 87102

John Padilla
1220 Redhawk Court
Espanola, NM 87532, US

NIXIE       871   FE 1        0011/07/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF    BC: 87102227470    *0968-03026-02-43
87102>2274
87532$946ᴶ  RUUᴶ